UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH ALLEN RUTH,<br><br>            Plaintiff,<br><br>      v.<br><br>UBER,<br><br>            Defendant. | No. 2:25–cv–02403-DC-SCR<br><br>ORDER |

  Plaintiff is proceeding pro se in this matter, which is referred to the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). Before the court is Plaintiff's motion for leave to proceed in forma pauperis. *See* 28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or security" by a person that is unable to pay such fees). ECF No. 2.

  The motion makes an insufficient showing to proceed in forma pauperis ("IFP"). As the Ninth Circuit has recognized "one need not be absolutely destitute to obtain benefits" of the IFP statute. *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015). However, "a plaintiff seeking IFP status must allege poverty with some particularity, definiteness and certainty." *Id.* (internal citation and quotation omitted). The current application contains many omissions. Every answer on the form is either "0" or "N/A". Plaintiff has also not answered the questions

1

concerning whether he has income from the following: 1) disability, or worker's compensation benefits; 2) gifts, or inheritances; or 3) any other sources. ECF No. 2 at 1. When asked to list monthly expenses and debts or financial obligations, Plaintiff lists "N/A". It thus appears Plaintiff has no expenses or debts, and Plaintiff has not fully completed the questions concerning income. The Court cannot make a determination of whether Plaintiff qualifies to proceed IFP. If Plaintiff has no monthly expenses, assets, or debts, he shall so state or indicate rather than responding "N/A". Plaintiff shall also complete question #3 concerning income. ECF No. 2 at 1.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff shall supplement the application to proceed IFP to address the deficiencies set forth herein within 14 days of the date of this Order.
2. Alternatively, Plaintiff may pay the filing fee.
3. If Plaintiff does not supplement the application or pay the filing fee within 14 days, the Court will issue findings and recommendations that the motion for IFP be denied and the action dismissed.

IT IS SO ORDERED.

DATED: September 30, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE